# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF KATHLEEN   :   No. 268 MAL 2016
TALERICO   :
  :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: DONALD P. TALERICO   :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.